### 10587.  DYSON v. SELLERS.

SMITH, J.  There is no merit in the assignment of error that the trial judge permitted a witness to testify positively that he measured certain logs and there was a certain number of feet therein.  This testimony was not based on opinion from observation, but was based on facts known to the witness.  The ruling is not in conflict with *Allison* v. *Wall*, 121 *Ga.* 822 (49 S. E. 831).  The evidence amply authorized the judgment, and the court did not err in overruling the certiorari.

*Judgment affirmed.  Jenkins, P. J., and Stephens, J., concur.*
DECIDED NOVEMBER 6, 1919.

Certiorari; from Grady superior court—Judge Harrell.  March 27, 1919.

*L. W. Ripley,* for plaintiff in error.

*Ira Carlisle,* contra.